UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SAN ANTONIO AQUARIUM, LLC d/b/a SAN ANTONIO AQUARIUM,<br><br>    Plaintiff,<br><br>v.<br><br>ATAIN SPECIALTY INSURANCE COMPANY,<br><br>    Defendant. | § § § § § § § § § § § § § | CASE NO. 5:20-cv-00646 |

### EXHIBIT A

### INDEX OF EXHIBITS

| No. | Document |
|---|---|
| A | Index of Exhibits |
| B | State Court Case Docket |
| C | All process, pleadings, orders, and other papers or exhibits of every kind, now on file in the State Court Case: *i.e.*, Plaintiff's Original Petition, Request for Service and Process, Civil Case Information Sheet, Jury Fee Payment, Summons Fee Payment, Summons, and Atain's Original Answer |
| D | List of Counsel of Record |



EXHIBIT A