IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SAN ANTONIO AQUARIUM, LLC d/b/a SAN ANTONIO AQUARIUM,  §§§§§§ Plaintiff, §§ v. §  ATAIN SPECIALTY INSURANCE COMPANY, §§§§§ Defendant. | Civil Action No. 5:20-cv-00646 |

## JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff San Antonio Aquarium, LLC d/b/a San Antonio Aquarium ("**San Antonio Aquarium**") and Defendant Atain Specialty Insurance Company ("**Atain**") submit this Joint Alternative Dispute Resolution Report in accordance with Local Rule CV-88.

**Settlement Negotiations**

To date, the parties have not engaged in settlement negotiations as this matter was abated by agreement of the parties and order of the Court pending inspection of Plaintiff's premises.

Hunter M. Klein is responsible for negotiating on behalf of San Antonio Aquarium. Michael D. Feiler is responsible for negotiating on behalf of Atain.

**Mediation**

After sufficient discovery is completed in this case, the parties believe mediation may be appropriate. The parties are working toward selecting an agreed-upon mediator. The parties will

advise the Court once a mediator is chosen, or upon impasse if the parties cannot reach an agreement.

                Respectfully submitted,

                **GREEN KLEIN & WOOD**

By:/s/ *Hunter M. Klein*
      HUNTER M. KLEIN
      State Bar No. 24082117
      ROBERT D. GREEN
      State Bar No. 08368025
      440 Louisiana Street, Suite 1900
      Houston, Texas 77002
      (713) 654-9222 – Telephone
      (713) 654-2155 – Fax
      green@greentriallaw.com
      klein@greentriallaw.com

        **ATTORNEYS FOR PLAINTIFF**

*/s/ Michael D. Feiler*
MICHAEL D. FEILER
State Bar No. 24055475
mfeiler@qslwm.com
MATT R. PICKELMAN
State Bar No. 24013328
mpickelman@qslwm.com

**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

**ATTORNEYS FOR DEFENDANT ATAIN SPECIALTY INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the above and foregoing was served upon all counsel of record in accordance with the Federal Rules of Civil Procedure on this 9th day of February 2021.

                */s/ Michael D. Feiler*
                MICHAEL D. FEILER